*In re* ENMIENDA AL ARTÍCULO **19.1** DEL REGLAMENTO DE LA ADMI-
NISTRACIÓN DEL SISTEMA DE PERSONAL DE LA RAMA JUDICIAL
(LICENCIAS DE VACACIONES).

*Número:* EP-2002-3          *Resuelto:* 4 de octubre de 2002

## RESOLUCIÓN

Previa recomendación de la Directora Administrtiva de
los Tribunales, se enmienda el Art. 19.1(D) del Reglamento
de la Administración de Personal de la Rama Judicial, 4
L.P.R.A. Ap. XIII, a los fines de enmendar su párrafo ter-
cero, enmendar los subincisos (a), (b), (e) y (f), atemperar el
lenguaje a la neutralidad del género, y añadir los párrafos
cuarto y quinto, con el fin de aclarar varias disposiciones
relacionadas con la cesión de las licencias acumuladas por
vacaciones de empleados y empleadas:

*Artículo 19. Licencias*
   (19.1) *Licencias de vacaciones.—*

   .        .        .        .        .        .        .        .

   (d) *Adelanto y cesión de licencia.—*....

   .        .        .        .        .        .        .        .

Uno(a) o más empleados(as) podrá ceder a otro(a) emplea-
do(a) licencia acumulada por vacaciones cuando éste(a) o un
miembro de su familia inmediata sufra una emergencia. Se
entenderá por "emergencia" una enfermedad grave o terminal
o un accidente que sufra el(la) empleado(a) o un miembro de
su familia inmediata que conlleve una hospitalización prolon-
gada o que requiera tratamiento continuo bajo la supervisión
de un(una) profesional de la salud y que imposibilite que el(la)
empleado(a) cumpla sus funciones por un período de tiempo
considerable. Los requisitos para que uno(a) o más emplea-
dos(as) puedan ceder a otro(a) empleado(a) licencias acumula-
das de vacaciones son:
   (1) El(La) empleado(a) al(a la) cual se le cedan días (cesio-
nario(a)) haya trabajado continuamente, un mínimo de un (1)
año en la Rama Judicial.

(2) El(La) empleado(a) cesionario(a) no haya incurrido en un patrón de ausencias injustificadas faltando a las normas de la Rama Judicial.

(3) El(La) empleado(a) cesionario(a) hubiere agotado la totalidad de las licencias a que tiene derecho como consecuencia de una emergencia.

(4) El(La) empleado(a) cesionario(a) o su representante evidencie fehacientemente, la emergencia y la necesidad de ausentarse por días en exceso a las licencias ya agotadas.

(5) El(La) empleado(a) que transfiere (cedente) haya acumulado un mínimo de quince (15) días de licencia por vacaciones en exceso de la cantidad de días de licencia a cederse. No podrá ceder más de cinco (5) días acumulados por licencia de [vacaciones] durante un (1) mes y el número de días a cederse no excederá de quince (15) días al año.

(6) El(La) empleado(a) cedente haya sometido por escrito a la Oficina de Administración de los Tribunales una autorización accediendo a la cesión, especificando el nombre del (de la) cesionario(a).

(7) El(La) empleado(a) cesionario(a) o su representante acepte, por escrito, la cesión propuesta.

El(La) empleado(a) cesionario(a) nunca podrá disfrutar los beneficios aquí concedidos por un período que exceda de un (1) año, contado a partir de la fecha en que el(la) empleado(a) cesionario(a) o su representante, acepte por escrito la primera cesión de licencias por la emergencia que motivó el que se acogiera a este beneficio. El período de un (1) año incluye el tiempo agotado por concepto de las licencias y beneficios disfrutados por derecho propio. La Rama Judicial no reservará el empleo al(a la) empleado(a) cesionario(a) ausente por un término mayor al aquí dispuesto.

Cuando finalice la emergencia que ocasionó una cesión de licencias y el(la) empleado(a) cesionario(a) regrese a sus labores, el balance cedido sin disfrutar revertirá al empleado(a) cedente a razón del salario al momento en que ocurrió la cesión.

Esta Resolución tendrá vigencia inmediata.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Patricia Otón Olivieri
*Secretaria del Tribunal Supremo*